IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DANIEL CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEMAND FOR JURY TRIAL |
| v. | ) | |
| | ) | Case No. 10-2691-WEB-KMH |
| | ) | |
| BLUE VALLEY UNIFIED SCHOOL | ) | |
| DISTRICT, NO. 229, | ) | |
| Serve at: 15020 Metcalf, | ) | |
| Overland Park, Kansas, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Daniel Clark, for his Complaint against defendant, states:

### DEMAND FOR JURY TRIAL

1. Plaintiff demands a jury trial on all issues raised herein.

### DESIGNATION OF PLACE OF TRIAL

2. Plaintiff hereby designates Kansas City, Kansas as the place of trial.

### PARTIES

3.     Daniel Clark is an individual whose residence is 7904 W. 113th Terrace, Overland

Park, Johnson County, Kansas.

4.     Defendant Blue Valley is a public school district organized under the laws and

regulations of the state of Kansas and the Kansas Board of Education, and the school

district receives federal financial assistance.

5.     Defendant Blue Valley is an accredited school district in Johnson County, Kansas

with headquarters located at 15020 Metcalf, Johnson County, Overland Park, Kansas.

## JURISDICTION AND VENUE

6.    Defendant's acts and omissions complained of herein occurred at two schools in the Blue Valley School District, Overland Trail Middle School and Blue Valley High School, and therefore the Court has personal jurisdiction over the defendant in this case.

7.    Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1343 and 1331. Further, this Court has jurisdiction under 28 U.S.C. § 1367 to hear plaintiff's state law claim of negligent supervision in that all claims made herein are so related to each other that they form part of the same case or controversy under Article III of the United States Constitution.

8.    The Court has jurisdiction over defendant because the unlawful acts alleged in this Complaint were committed in Johnson County, Kansas, which lies within the District of Kansas.  In addition, defendant has at least minimum contacts with the District of Kansas and the State of Kansas.

9.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because a substantial part of the events and omissions giving rise to plaintiff's claims occurred in Johnson County, Kansas, which lies within the District of Kansas, and because defendant operates and performs its duties and responsibilities within the District of Kansas.

## FACTS COMMON TO ALL COUNTS

10.    From 2003-2006 at Overland Trail, and from 2006-2010 at Blue Valley High School, Daniel Clark was a student at these schools and was entitled to a safe and adequate educational environment, free from physical assault and harassment.

11.    While attending Overland Trail, Daniel Clark was subjected to severe and repeated physical and emotional assault and harassment based on his gender and perceived sexual orientation, including but not limited to the following:

    a.    Fellow students repeatedly called Daniel derogatory names based on his perceived sexual orientation, such as "faggot," "fag," "gay," "Sparta Boy," among

2

other terms.

b.      Fellow male students regularly slapped Daniel on the buttocks;

c.      Fellow male students sexually assaulted Daniel;

d.      Fellow male students repeatedly assaulted Daniel in the school locker room and shower, such as rubbing against him, nude, in the shower in a sexually aggressive manner, pulling down his pants, exposing his genitals to other students, snapping him on the buttocks with towels, and spraying a full shampoo bottle of urine on him while in the locker room shower.

e.      Fellow male students repeatedly made sexually offensive comments to Daniel, including but not limited to graphic descriptions of their masturbation activities and telling Daniel that they needed to "jizz," asking Daniel if he wanted his chemistry teacher's "hot Indian cock in your ass," descriptions of how male students could rape Daniel such as, "he probably wouldn't let me take it out," referring to a male student's penis, asking Daniel about sex acts he would perform on the weekend, such as defecating on his glasses and "rubbing it around," tricking Daniel into viewing pornography against his will, among other graphic verbal assaults and actions.

f.      Fellow male students repeatedly beat Daniel, including kicking him, punching him in the face, hitting, kicking him out of his chair in class, placing his hand on a hot burner in cooking class, throwing balls at his face during gym class, to the point of permanent physical injury that has caused chronic medical problems for Daniel, including but not limited to a deviated septum that causes chronic sinus infections and difficulty breathing.

g.      Students started sexually charged and false rumors about Daniel at school, including but not limited to that he had herpes, that he was trying to look at naked boys in the shower and that he touched other students in inappropriate sexual ways.

h.      One male student told Daniel that "if I ever kill, you'd be the first one I'd

3

kill."

12.    Throughout the years while Daniel was a student, Daniel reported these incidents to teachers, safety officers and administrative officials employed by or acting as agents of the Blue Valley School District, but his reports were met with indifference, inaction or, where some action was taken, the action was wholly inadequate and ineffective.

13.    A few sympathetic teachers who Daniel reported these incidents to passed Daniel's reports on to the school administration, but the administration did nothing to stop the harassment, or on very few occasions, made inadequate and feeble attempts to discipline students, only to knowingly permit the physical and emotional assaults and harassment to continue against Daniel.

14.    As a result of these assaults and defendant's unlawful, indifferent, willful, malicious and wanton acts and omissions, Daniel constantly feared for his physical safety, did not want to go to school for fear of harassment, and eventually the harassment took such a toll on Daniel that his otherwise good grades declined, he was unable to concentrate and perform at his potential, he lived in constant fear to the point that he was unable to fully receive the benefits of the education he was entitled to under the law, had to take classes at another facility to avoid harassment, and continues to suffer physical and emotional damage, including but not limited to a deviated septum, chronic sinus infections, difficulty breathing, depression, post-traumatic stress disorder with the physical manifestation of ground down teeth that causes constant pain, humiliation, embarrassment, physical and emotional pain and suffering, medical expenses, among other damages proximately caused or contributed to by defendant's unlawful acts and omissions.

### COUNT I

### VIOLATION OF 20 U.S.C. §§ 1681, et seq. (Title IX)

15.    Daniel Clark incorporates paragraphs 1-14, and all subparts thereof, into this Title IX cause of action as though fully set forth herein, including the damages set forth above

and in the prayer for relief.

16. The Blue Valley School District does and has received federal financial assistance throughout the time that Daniel Clark was a student there.

17. Daniel Clark was harassed and discriminated against based on his gender and failure to conform to gender stereotypes;

18. The harassment was so severe, pervasive, and objectively offensive that it effectively deprived Daniel of access to educational benefits or opportunities provided by the school district;

19. School district officials with authority to take corrective measures had actual knowledge of the harassment; and

20. The school district acted with deliberate indifference to known acts of harassment.

21.   The school district's acts and omissions constitute discrimination against Daniel Clark based on his sex and failure to conform to gender stereotypes.

**COUNT II**

**NEGLIGENT SUPERVISION**

22.   Daniel Clark incorporates paragraphs 1-21, and all subparts thereof, into this Negligent Supervision cause of action as though fully set forth herein, including the damages set forth above and in the prayer for relief.

23.   The defendant and its employees and agents had a duty to provide its students, including Daniel Clark, with a safe educational environment free of physical assault and emotional harassment, and part of that duty was to supervise students to prevent violence and emotional assault to its students, including Daniel Clark.

24.   The defendant breached their duty to Daniel Clark by failing to take appropriate and effective measures to stop and prevent the assaults and harassment, even though they knew or should have known of the assaults and harassment.

25.   The defendants' acts and omissions constitute breach of their duty to Daniel caused

or contributed to the physical and emotional damage suffered by Daniel Clark.

26.    As a result of defendant's breach, Daniel suffered physical injury to his face, mouth and body, with ongoing pain to his face and mouth that has resulted in chronic conditions and has and will continue to require medical care and incur expenses relating to that care. Additionally, Daniel has and will continue to suffer from post-traumatic stress disorder, manifested by physical injury and pain to his teeth and mouth due to severe grinding of his teeth, and the need for continuing psychological counseling, as well as the expenses related to receiving that care.  Daniel Clark has also suffered from humiliation, anxiety, depression, embarrassment, emotional and physical pain and suffering.  Also, as a result of defendants' negligent supervision, Daniel was deprived of the education and opportunities he was entitled to as a student of the Blue Valley School District.

27.    The acts, omissions, conduct, and behavior of defendant and its agents were willful, wanton, malicious, and outrageous, showed disregard of Daniel Clarks rights, and were performed knowingly, intentionally, and maliciously, by reason of which Daniel Clark is entitled to an award of punitive damages in an amount to be proved at trial.

WHEREFORE, petitioner Daniel Clark respectfully seeks from this Court and the jury all damages he is entitled to under the law, including damages exceeding $75,000 for defendants' violations of Title IX and for their negligent supervision of students at the Blue Valley School District who assaulted and harassed Daniel, for past and future medical expenses incurred as a result of defendant's unlawful acts, for past and future expenses for treatment for emotional damage, for pain and suffering, for humiliation, for anxiety, for actual or nominal damages as proven at trial, for reasonable attorneys' fees, for court costs, for expenses, for punitive damages, and for such further legal and equitable relief as this Court and fact-finders deem just under the circumstances.

Respectfully submitted,

BRUNNER LAW LLC

By: _____

Lisa A. Brunner, KS Bar No. 19528
900 Westport Road
Kansas City, MO 64111
(816) 268-6945
(816) 994-6276 (fax)
lisa@brunnerlawfirm.com

ATTORNEY FOR PETITIONER